IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the:<br><br>2004 Ford Freestar Montana license plate EFU287 | MJ-26-5-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned, together with a copy of the certified inventory of the property seized, to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 16th day of January, 2026.

_____
Honorable Kathleen L. DeSoto
United States Magistrate Judge